FILED
John E. Triplett, Acting Clerk
United States District Court
By MGarcia at 3:55 pm, Sep 02, 2020

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| RUBEN MENA, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:19-cv-124 |
| v. | * | |
| WARDEN GARRETT, | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 10. Petitioner Ruben Mena ("Mena") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS** Respondent's Motion to Dismiss, **DISMISSES without prejudice** Mena's 28 U.S.C. § 2241 Petition for failure to exhaust his administrative remedies, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and

AO 72A
(Rev. 8/82)

**DENIES** Mena *in forma pauperis* status on appeal.

  **SO ORDERED**, this ___2___ day of ___September___, 2020.

            _____
            HON. LISA GODBEY WOOD, JUDGE
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF GEORGIA