AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RUBEN MENA

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER:  2:19cv124

WARDEN GARRETT

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court dated September 2, 2020, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Respondent's Motion to Dismiss is GRANTED and Mena's Petition is DISMISSED without prejudice. Petitioner is DENIED in forma pauperis status on appeal. This civil action stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE

Date September 3, 2020

John Triplett, Acting Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03